# Thomas Prior executor of John Wells *against* Thomas Kelly and Dorothy his wife, administrators of George Cooper, jun.

Five suits on bonds consolidated into three, on obligations.

FIVE suits were brought, returnable to this term, upon bonds between the same parties.

Mr. Hopkinson for the defendants, obtained a rule to shew cause, why the four last actions should not be consolidated into one.

Mr. Browne for the plaintiff opposed it, as not being founded in the practice of the court.

The matter was stirred several times. The court having consulted the bar, who differed in their ideas on the subject, at length directed that the four last suits should be consolidated into two, making in the whole three suits.